[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 7, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15340

_____

D. C. Docket No. 06-01886-CV-ORL-19-KRS

FLORENCIO AROCHO, JR.,

Plaintiff-Appellant,

versus

CENTRAL STATES SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 7, 2008)**

Before CARNES and MARCUS, Circuit Judges, and DUBOSE,[*] District Judge.

_____

[*]Honorable Kristi DuBose, United States District Judge for the Southern District of Alabama, sitting by designation.

PER CURIAM:

The judgment of the district court is AFFIRMED for exactly those reasons set out in that court's order of October 9, 2007.[1]

---

[1]This case was originally scheduled for oral argument, but the panel unanimously determined that it could and should be decided without argument. See 11th Cir.R.34-3(f).